

No. 14–0008/AF. U.S. v. Adrian G. Lara. CCA 37861. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 25, 2013.

No. 14–0010/AF. U.S. v. Rafael Verdejo–Ruiz. CCA 37957. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 26, 2013.

No. 14–0011/AF. U.S. v. Kendall Norman. CCA 37945. Appellant's motion to extend time to file the supplement for grant of review granted to September 26, 2013.

Tuesday, September 10, 2013

No. 13–0500/AF. U.S. v. Edward W. Gussman. CCA 38048. On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, and Appellant's motion for leave to file a supplemental issue, and motion to withdraw the petition for grant of review without prejudice, it is ordered that said motion to file a supplemental issue is hereby granted, that said